UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANAL JAMIL, | ) | CASE NO. 12-8474 AGR |
|                 Plaintiff, | ) ) | JUDGMENT |
|    vs. | ) ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | |
|                 Defendant. | ) ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: November 21, 2013

                                            /s/ Alicia G. Rosenberg
                                       ALICIA G. ROSENBERG
                                   United States Magistrate Judge